# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, *et al.*,<br><br>           Plaintiffs,<br><br>vs.<br><br>TILE CONCEPTS, INC, *et al.*,<br><br>           Defendants. | Case No. 2:16-cv-01067-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiffs' Motion for Order to Show Cause (ECF No. 17), filed on March 3, 2017.

On July 13, 2016, Plaintiffs filed their Motion for Default Judgment. ECF No. 9. On December 7, 2016, the undersigned issued a Report and Recommendation (ECF No. 13) recommending that the Motion for Default Judgment be granted in favor of Plaintiffs and that Defendants submit to an audit by an independent third party of Plaintiffs' choosing within 14 days of the judgment. On January 25, 2017, the Court adopted the Report and Recommendation in full. ECF No. 14. On January 26, 2017, the Clerk of the Court issued judgment in favor of Plaintiffs. ECF No. 15. To date, Defendants have failed to submit to an audit. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Order to Show Cause (ECF No. 17) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiffs shall serve a copy of this order upon Defendants by **March 29, 2017**.

**IT IS FURTHER ORDERED** that Defendants shall show cause, in writing, no later than **April 12, 2017**, why sanctions should not be imposed for failure to comply with this Court's order.

**IT IS FURTHER ORDERED** that this matter is set for hearing on **Wednesday, April 19, 2017 at 9:30 A.M.** in Courtroom 3A. Failure to comply with this order may result in the imposition of sanctions against Defendants.

DATED this 21st day of March, 2017.

                                                                                      _George Foley Jr._
                                                                                      GEORGE FOLEY, JR.
                                                                                      United States Magistrate Judge