# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Trustees of the Bricklayers & Allied Craftworkers, et al<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br>Tile Concepts, Inc.<br>Michael R. Trimble<br><br>　　　　　　　　　Defendants. | Attorney Fees<br><br>JUDGMENT IN A CIVIL CASE<br><br>Case Number: 2:16-cv-01067-GMN-GWF |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered for Attorney's Fees in favor of Plaintiff in the amount of $5,475.00 and $916.08 in costs for a total of $6,391.08.

| | |
|---|---|
| December 11, 2018 | DEBRA K. KEMPI |
| Date | Clerk |
| | |
| | /s/ J. Matott |
| | Deputy Clerk |